13-2098.131-JCD                                                April 3, 2013

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SHAKTI MANAGEMENT, LLC,           )
                                  )
            Plaintiff,            )
                                  )
      v.                          )   No. 13 C 2098
                                  )
HARLEYSVILLE LAKE STATES          )
INSURANCE COMPANY,                )
                                  )
            Defendant.            )

## ORDER

This is an action for breach of an insurance policy, declaratory relief, and vexatious and unreasonable delay that was originally filed in DuPage County, Illinois. The case was removed by defendant Harleysville Lake States Insurance Company ("Harleysville") to this court.

Harleysville's notice of removal of the action, which asserts diversity jurisdiction, is defective in two respects. First, it alleges that plaintiff, Shakti Management, LLC ("Shakti"), is a "corporation organized and existing under the laws of the State of Illinois." (Notice ¶ 3.) This allegation contradicts plaintiff's business name as well as paragraph 1 of the complaint, in which Shakti alleges that it is a limited liability company. The citizenship of an LLC is the citizenship of every state of which any member is a citizen, so the notice of removal must identify all of Shakti's members and their citizenship (citizenship--not

residence; the two are not synonymous). See Camico Mut. Ins. Co. v. Citizens Bank, 474 F.3d 989, 992 (7th Cir. 2007); Belleville Catering Co. v. Champaign Market Place, L.L.C., 350 F.3d 691, 692-93 (7th Cir. 2003).

The second problem is with Harleysville's allegation of its own citizenship. It states simply: "Defendant Harleysville was organized under the laws of the State of Michigan and has its principal place of business in Harleysville, Pennsylvania." (Notice ¶ 4.) This would be a proper allegation of citizenship if Harleysville were a corporation and it indicated under which state's (or states') laws Harleysville *is* organized and has its principal place of business. But we cannot tell what kind of entity defendant is. Because unincorporated business entities are treated as citizens of every jurisdiction in which any equity investor or member is a citizen, see Indiana Gas Co. v. Home Insurance Co., 141 F.3d 314, 316 (7th Cir. 1998), the requisite citizenship allegations would be different, and defendant would have to set out its members and their citizenships.

Defendant is given until April 17, 2013 to file an amended notice of removal that properly alleges the parties' citizenships. An initial status hearing is set for May 1, 2013 at 10:30 a.m.

DATE:     April 3, 2013

ENTER:    _____
          John F. Grady, United States District Judge